176 So. 922

### Steve JOHNSON v. STATE.
### 7 Div. 314.

Court of Appeals of Alabama.
Nov. 2, 1937.

E. W. Harmon, of Anniston, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.